DATE:  March 1, 2022


       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Michael B. Yourko
    v. Lee Ann B. Yourko
    Record No. 0363-21-1
    Opinion rendered by Judge Friedman on
    December 21, 2021

2.  Ashley Elizabeth Esposito
    v. Virginia State Police
    Record No. 0090-21-3
    Opinion rendered by Judge Humphreys on
    January 11, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Lemar Jason McDaniel, Jr.
     v. Commonwealth of Virginia
     Record No. 0153-20-2
     Opinion rendered by Chief Judge Decker
       on June 29, 2021
     Refused (210720)

2.  Justin Blake Cox
     v. Commonwealth of Virginia
     Record No. 1360-20-4
     Opinion rendered by Judge Huff
       on July 6, 2021
     Refused (210752)

3.  Kelly Lamont Poole
     v. Commonwealth of Virginia
     Record No. 1177-20-1
     Opinion rendered by Judge Malveaux
       on July 20, 2021
     Refused (210729)

4.  Ronnie Lee Johnson
     v. Commonwealth of Virginia
     Record No. 0443-20-2
     Opinion rendered by Judge Atlee
       on July 27, 2021
     Refused (210810)

On February 3, 2022, the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1. Julio Cortez-Rivas
   v. Commonwealth of Virginia
   Record No. 2045-19-4
   CAV petition for appeal denied by Judge Beales on August 31, 2020
     and by Judges Humphreys, Petty and Huff on December 2, 2020
   Judgment of Court of Appeals affirmed
   (210011)